No. 1067, October Term, 1966. MILLER BREWING Co. *v.* JONES, DIRECTOR OF REVENUE OF ILLINOIS, 386 U. S. 684, 387 U. S. 938. Motion for leave to file second petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.